IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT CHARLES REYNOLDS, SR., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL THURBER, )<br>)<br>Defendant. ) | 4:07CV3229<br><br>MEMORANDUM AND ORDER |

The plaintiff filed a complaint and motion for leave to proceed in forma pauperis on September 20, 2007. Filing Nos. 1 & 2. At the time he filed his complaint, the plaintiff was incarcerated at the Lancaster County Jail in Lincoln, Nebraska.

On October 11, 2007, the court entered a memorandum and order granting the plaintiff's motion to proceed in forma pauperis pursuant to the terms and conditions of the Prison Litigation Reform Act. Filing No. 6. This memorandum and order was mailed to the plaintiff at the Lancaster County Jail, but was returned to the clerk with the notation "Not here." No forwarding address was provided, and the mailing was not resent.

The plaintiff has not, to date, advised the court of his new address. See NeGenR 1.3(e). This case cannot be prosecuted if the plaintiff's whereabouts remain unknown.

IT IS ORDERED:

1. The plaintiff is given until November 12, 2007 to apprise the court of his current address, in the absence of which this case will be dismissed for failing to maintain a current address with the court and for want of prosecution.

2. The Clerk of the court directed to set a pro se case management deadline in this case using the following text: November 12, 2007: show cause deadline for failing to maintain a current address with the court.

DATED this 16th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*

United States Magistrate Judge