IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT CHARLES REYNOLDS SR., | ) ) ) | 4:07CV3229 |
| Plaintiff, | ) ) ) | **MEMORANDUM** |
| v. | ) ) | **AND ORDER** |
| MICHAEL THURBER, TERRY WEBBER, HALEE FOOTE, DARRYL SHAFER, and TODD HAUSSLER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On October 30, 2007, the court entered a Memorandum and Order (filing no. 11) which, among other things, reminded Plaintiff of his obligation to keep the court informed of his current address. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). On January 28, 2008, mail addressed to Plaintiff at the last address provided to the court was returned as undeliverable. (Filing No. 17.) This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff shall have until March 3, 2008, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: March 3, 2008: deadline for informing court of new address.

Dated February 4, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge