IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT CHARLES REYNOLDS SR., | ) ) ) | 4:07CV3229 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| MICHAEL THURBER, TERRY WEBBER, HALEE FOOTE, DARRYL SHAFER, and TODD HAUSSLER, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 4, 2008, the court ordered plaintiff to show cause why this case should not be dismissed for failure to inform the court of his current address. (Filing No. 18.) In its order, the court cautioned plaintiff that failure to show cause or to update his address by March 3, 2008, would result in dismissal without further notice. (*Id.*)

Plaintiff has not responded to this court's order nor has plaintiff updated his address with the court. This case is therefore dismissed without prejudice. Plaintiff remains responsible to pay the entire filing fee in this matter.

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to respond to this court's February 4, 2008,. Memorandum and Order requiring that he provide the court with a current address. This action is therefore dismissed without prejudice and all pending motions are denied as moot.

2. Plaintiff remains obligated to pay the entire filing fee in this matter.

3.  A separate judgment will be entered in accordance with this memorandum and order.

Dated March 10, 2008.

> BY THE COURT
>
> s/ Warren K. Urbom
> United States Senior District Judge